J-A14005-23

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| DAVID HATCHIGIAN | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MATTHEWS PAOLI FORD AND FORD | : | No. 1895 EDA 2022 |
| MOTOR COMPANY | : | |

Appeal from the Order Entered July 1, 2022
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  220200791

BEFORE:  PANELLA, P.J., DUBOW, J., and SULLIVAN, J.

JUDGMENT ORDER BY PANELLA, P.J.:                    **FILED JUNE 26, 2023**

The order of July 1, 2022 entered by the Philadelphia Court of Common Pleas is affirmed. The complaint in this case is barred by collateral estoppel. *See Meridian Oil and Gas Enterprises, Inc. v. Penn Cent. Corp.*, 614 A.2d 246, 251 (Pa. Super. 1992) (affirming the application of collateral estoppel where claim raised was the same claim raised in previous case which was litigated by same parties to a final judgment after a full and fair hearing).

Order affirmed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 6/26/2023